# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FREDERICK A. COLLINS, SR., | ) | |
| Plaintiff, | ) | 8:11CV40 |
| v. | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER TO SHOW CAUSE |
| Defendant. | ) | |

This matter is before the magistrate judge for full pretrial supervision. On February 7, 2011, the Clerk's Office sent notice to counsel advising that the defendant was required to file a corporate disclosure statement. *See* Fed. R. Civ. P. 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004). The Clerk's Office advises that the defendant did not timely comply with this requirement. Upon review of the file,

**IT IS ORDERED** that defendant is given until **March 15, 2011** to file a "Disclosure of Corporate Affiliations, Financial Interest, and Business Entity Citizenship," using the "Corporate Disclosure Statement (Civil)" form posted on the court's website, http://www.ned.uscourts.gov/forms/, or show cause by written affidavit why the defendant cannot do so.

**DATED March 2, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge