## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FREDERICK A. COLLINS, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 8:11cv40** |
| **vs.** | ) | |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | **ORDER** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

This case is before the court on the plaintiff's Motion to Extend (#66). Defendant has no objection to the motion. The motion will be granted.

**IT IS ORDERED:**

1. Paragraph 4 of the court's Amended Order Setting Final Schedule for Progression of Case (#51), is amended as follows:

a. The deadline for disclosure of the **nonexpert witnesses** is extended to **December 31, 2012**.

b. The deadline for the exchange of trial exhibit lists is extended to **December 31, 2012.**

Dated this 3rd day of December 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge